Wednesday, May 28, 2014

No. 14–8019/MC. Lawrence G. Hutchins III, Appellant v. Michael B. Richardson, Colonel, United States Marine Corps, In his official capacity as Military Judge, and United States, Appellees. Notice is hereby given that a writ-appeal petition for review of the United States Navy–Marine Corps Court of Criminal Appeals decision on application for extraordinary relief was filed under Rule 27(b) on this date.

No. 14–0503/AR. U.S. v. Adam R. Derosier. CCA 20120733. Appellant's motion to file the supplement to the petition for grant of review out of time granted.

No. 14–0615/MC. U.S. v. Xavier E. Ramirez–Empuno. CCA 201300190. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 12, 2014.

Thursday, May 29, 2014

No. 14–0453/AR. U.S. v. James S. Piren. CCA 20110416. Review granted on the following issues:

   I. WHETHER THE MILITARY JUDGE ABUSED HER DISCRETION BY OVERRULING THE DEFENSE COUNSEL'S SCOPE OBJECTION DURING THE GOVERNMENT'S CROSS–EXAMINATION OF APPELLANT.

   II. WHETHER THE MILITARY JUDGE ERRED BY DENYING THE MOTION TO SUPPRESS RESULTS OF THE DNA ANALYSIS.

Briefs will be filed under Rule 25.